**THE OFFICE OF THE**
**CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



$ 002.40⁰
APR 27 2021
MAILED FROM ZIP CODE 46204

Dr. Easter-Rose
MEDICAL EMPLOYEE
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
PO Box 1111
Carlisle, IN 47838

**FILED**
MAY 14 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Return to Sender