FILED
05/24/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SCANNED at WVCF and Emailed on 5/24/21 (date) by [initials] (initials), 2 (num) pages.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

KEVIN JOHNSON, Plaintiff,

v. Case No. 1:21-cv-00201-JMS-MG

JOHN PURDUE, Defendants.

MOTION TO REDIRECT NOTICE OF LAWSUIT
AND REQUEST TO WAIVE SERVICE

Plaintiff pro se hereby moves this Court to redirect the Notice of Lawsuit and Waiver of Service documents to the individual dental and mental health defendants at Pendleton Correctional Facility, because:

1. On May 19, 2021 plaintiff received notification from the court that the clerk's office had attempted to mail the notice of lawsuit, waiver of service of summons and related documents to defendants Purdue, Easter-Rose, Northcutt, Noll and Ingalls at Wabash Valley Correctional Facility (WVCF), and these mailings were returned to the Court as undeliverable. See, Docket #s 23 through 27.

2. It should be noted that the claims in the Complaint arose while plaintiff was confined at Pendleton Correctional Facility (PCF), and the above-named individual defendants were at all times relevant to the claims stated against them employed at PCF, not WVCF. Their official positions and place of employment at PCF are also indicated in the caption of the Complaint following their names.

3. The clerk's office and/or court apparently overlooked PCF as the last known and relevant place of employment of these defendants, and thus the appropriate place to have mailed the notice of lawsuit, waiver of service and relevant papers.

THEREFORE, this Court should have the clerk's office remail the notice of lawsuit and waiver of service of summons (Docket # 21), Complaint (Docket # 1), and Screening Order (Docket # 20) remailed to defendants Purdue, Easter-Rose, Northcutt, Noll and Ingalls at PCF, 4490 West Reformatory Road, Pendleton, IN 46064.

Respectfully submitted,

Plaintiff pro se

Reply to: Kevin Johnson, No. 264847
WVCF
P.O. Box 1111
Carlisle, IN 47838