**FILED**
07/12/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

*Undeliverable*

**Mills, Heather L**

SCANNED at WVCF and [redacted]
7/12/21 by [redacted]
(date)

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Thursday, July 8, 2021 4:46 PM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-00201-JMS-MG JOHNSON v. PURDUE et al Response |

**** This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ****

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTICE***The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

*transferred out of state will not return*

## Notice of Electronic Filing

The following transaction was entered on 7/8/2021 at 4:45 PM EDT and filed on 7/8/2021.
**Case Name:** JOHNSON v. PURDUE et al
**Case Number:** 1:21-cv-00201-JMS-MG
**Filer:** KEVIN JOHNSON
**Document Number:** 50

**Docket Text:**
**Objection to, re [47] NOTICE of Parties' First Extension of Time, filed by Plaintiff KEVIN JOHNSON. (MAC)**

**1:21-cv-00201-JMS-MG Notice has been electronically mailed to:**

Douglass R. Bitner    dbitner@kkclegal.com, kwheat@kkclegal.com, swong@kkclegal.com, wexford@kkclegal.com

W. Andrew Kirtley    andrew.kirtley@atg.in.gov, Jamie.Dingo@atg.in.gov

Zachary Robert Griffin    zachary.griffin@atg.in.gov, Lydia.Bowling@atg.in.gov

Erika Lauren Steuerwald    esteuerwald@kkclegal.com, wexford@kkclegal.com

**1:21-cv-00201-JMS-MG Notice has not been electronically mailed to:**

1