FILED

07/26/2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

Indianapolis Division

KEVIN JOHNSON,                                          Plaintiff,

v              Case No. 1:21-cv-00201-JMS-MG

JOHN PURDUE, et al.,                                   Defendants.

NOTICE TO COURT

Plaintiff pro se hereby notifies this Court of
the following:

1. On July 12, 2021, plaintiff was transferred
from the Indiana Department of Corrections (IDOC) to
the Ohio Department of Corrections (ODOC). His contact
information and address are as follows:

Kevin Johnson, No. A787991
Ohio Correctional Reception Center
P.O. Box 300
11271 St. Rt. 762
Orient, OH 43146

Until further notice all filings and correspondence related
to this case should be mailed to him as indicated above.

2. Plaintiff submits that based upon statements
of IDOC officials and circumstances surrounding and
occurring since, this transfer ~~occurred~~ was arranged
the transfer
by defendant Carter and his staff, in collusion with
the directors of the ODOC, the Virginia Department of
Corrections and defense counsels from the Indiana
Attorney Generals office in retaliation for-and to-
sabotage plaintiff's ability to pursue and prosecute-

this case and the original case from which this action
was severed. Plaintiff has been denied all of his files,
evidentiary materials, work product, research materials, and
all documents related to this case since the July 12, 2021
transfer. Plaintiff has been interstate transferred
six times since 2012 and has never, until now, been
denied to take with him _any_ of his property, including
legal property needed to pursue pending actions.

3.      Since being held in ODOC custody plaintiff has
been refused all legal supplies and assistance which he
has requested daily from ODOC officials, whom he has
notified of the pendency of this case and case #
2:20-cv-00602 which he has a July 19, 2021
summary judgment response deadline in under order. He
has informed them of this deadline as well and a reply
                                            in this instant case
deadline to discovery requests sent to him by
defense counsel for Wexford LLC, et al., which he
now cannot answer and does not have because of the
transfer and withholding of his legal property in ODOC
custody.

4.      Upon his July 12, 2021 transfer IDOC officials
did threaten to destroy plaintiff's property that he had
in his possession inside his assigned cell in IDOC
custody prior to that transfer.

5.      Plaintiff submits that he can prove the
foregoing and anticipates filing a motion for contempt
under 18 U.S.C. § 401 and this court's inherent

- 2 -

contempt powers for obstruction of the administration of
justice, but is being prevented at this time from doing
so by the withholding of his property and denial of legal
assistance in DDOC custody.

6.   Defense counsel's role in these obstructive actions
has been motivated in part by their ( the CAG attorneys)
having filed a summary judgment motion in case # 2:20-
cv-00502 in this court using false evidence and
concealing records in their possession, from the court to raise a failure to
exhaust administrative remedies defense, which they know is
contemptuous and sanctionable conduct, which plaintiff was
in process of assailing. To prevent this, the transfer
of plaintiff and separation of him from his property and
obstruction of his ability to meet his July 19, 2021 reply deadline to
that summary judgment motion was colluded in by
counsel and officials described in π 2.

7.   Because all of his legal property is being withheld
from him plaintiff does not have any of the defense
counsels' mailing addresses, so he is submitting a
document production request herewith to defendant Carter
by filing it with the record of this case, for the
return and use of that withheld property related to
matters that are and may be raised in this case,
including matters addressed in this notice.

Respectfully submitted,

Plaintiff pro se

Reply to: Kevin Johnson, No. A787991

Ohio Correctional Reception Center

P. O. Box 300

Orient, OH 43146