Kevin Johnson, No. A787991
Correctional Reception Center
P.O. Box 300
Orient, OH 43146

Legal Mail

Clerk
U.S. District Court
46 East Ohio St
Indianapolis, IN 46204

07/22/2021
US POSTAGE $00.51

FILED
JUL 26 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

4620431999 C009