Kevin Johnson,

     Plaintiff,

v.   Case No. 1:21-cv-00201

John Purdue, et. al,

     Defendants.

**FILED**

**08/02/2021**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

INDIANA

MOTION FOR INTERVENTION AND FOR HEARING

Plaintiff pro se hereby moves this court's for relief against obstruction of his ability to prosecute this case pro se and for a hearing hereon, because:

1. During the week of June 27th, 2021, plaintiff was threatened by Indiana Department of Corrections (IDOC) officials that if he did not stop his litigations against IDOC officials, he would be transferred to another state where he would not like the conditions. Plaintiff made documented records of these threats.

2. On July 21, 2021 plaintiff was transferred from the Wabash Valley Correctional Facility (WVCF) to the Ohio Department of Rehabilitation and Corrections (ODRC) and denied under orders of defendant Robert E. Carter to take any property with him, his legal property in particular. Plaintiff has been interstate

transferred six times since 2012 and has never before been denied to take any legal property whatsoever with him.

3.  At the time of his transfer plaintiff had a response deadline on a discovery request from defendant Northcutt and another deadline in another pending case in this court, which he explained to IDOC officials on July 12, 2021. They still refused to allow him to take any property with him per directions from defendant Carter's office, and with the Attorney General counsels' knowledge.

4.  Since his assignment to ODRC, plaintiff has been denied stationery and writing supplies, has been blocked on four separate occasions from mailing and filing motions and notices with this U.S. District Court about his address change and obstructions to his litigating of this case. Plaintiff mailed four filings to this court between July 14 and July 19th, 2021 which ODRC officials intercepted and did not forward to the court. That these filings were never received by the court was concerned in telephone conversations that plaintiff held with Jennifer the Pro Se Clerk in this court. He is therefore having someone on the outside draft and email this filing with the court now. Plaintiff has also been denied all access to his property since July 12, 2021, including his case file, work product, evidentiary documents, and other materials relevant to this case. This to the knowledge of and by actions of Defendant Carter and his staff and defense counsel. The Attorney General defense counsels were also contacted by an Indiana attorney seeking resolution of this situation which defense counsels ignored.

5.   In ODRC custody Plaintiff has been blocked from every attempt and every avenue of communicating with this court and pursuing this case. Plaintiff believes defendant Carter, in collaboration with defense counsels and OPRC administrative heads, is attempting to destroy his property relevant to this case and spoliate evidence. Plaintiff believes defense counsel has played a major role in his retaliatory transfer and obstructing his ability to prosecute this case because plaintiff put them on notice just before receiving the transfer threats that he was pursuing sanctions and contempt citations for basing a summary judgment motion in a separate case in this court upon false evidence and concealing evidence in their possession that revealed their evidence to be false. Conduct much like that for which their office was sanctioned by this court in the case of *Littler v. Martinez* (proceedings of which this court may take judicial notice).

6.   Plaintiff can not proceed in this case and his documentary materials, material evidence, and work product are in danger of being destroyed and are being withheld from plaintiff because of actions and designs of defendant Carter and his agents, and their collaborations with ODRC and other officials, unless this court intervenes to protect his interests as a party plaintiff and it's duties to administer justice, consistent with its inherent contempt power in 18 U.S.C. section 401, etc. This matter must be heard and resolved forthwith. Plaintiff is also submitting a discovery request herewith to produce his withheld materials related to this case and needed legal property because these are matters that are or may be in this case

and he does not have the means to serve them on defense counsel for reasons stated herein.

Plaintiff swears to the truth of the foregoing under penalty of perjury.

THEREFORE, this court should take summary action as being fair and just to arrest the obstruction of his ability to prosecute this action and grant an emergency hearing on this matter.

Respectfully Submitted,

s/Kevin Johnson

Plaintiff pro se

Reply to: Kevin Johnson #A787991

Southern Ohio Correctional Facility

P.O Box 45699

Lucasville, OH 45699