**FILED**

**08/12/2021**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

Terre Haute Division

KEVIN JOHNSON,                                    Plaintiff,

V.                        Case No. 1:21-cv-00201-JMS-MG

JOHN PURDUE, et al.,                              Defendants.

### NOTICE OF ADDRESS CHANGE

Plaintiff pro se hereby notifies this Court
that his address has changed[1] and until further
notice all correspondence related to this case should
be mailed to him using the below-indicated
incarceration number at the below-indicated
address:

            Kevin Johnson, No. A787991
            Southern Ohio Correctional Facility
            P.O. Box 45699
            Lucasville, OH 45699

                        Respectfully submitted,

                        Plaintiff pro se

Reply to: Kevin Johnson, No. A787991
          SOCF
          P.O. Box 45699
          Lucasville, OH 45699

---

1.    The fact of plaintiff's address change has
not changed his situation with respect to being
denied his legal property related to this case and legal
assistance. He continues to be denied all property, etc.

CERTIFICATE

I certify having mailed a true copy of the foregoing notice of address change by having this document placed into care of custodial officials for mailing postage prepaid on this 9th day of August 2021 to Clerk, U.S. District Court, 46 E. Ohio St., Indianapolis, IN 46204 and notice to all defense counsels of record.

Plaintiff pro se