UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cv-201-JMS-MG |
| | ) |
| JOHN PURDUE, et al., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENT TO DEFENDANTS' RESPONSE TO
MOTION FOR INTERVENTION AND FOR HEARING**

Defendants Robert E. Carter Jr. and Dushan Zatecky, by counsel Deputy Attorney General Andrew Kirtley, supplement their response in opposition to Plaintiff's motion for intervention and for hearing [ECF 60] as follows.

In paragraph five, undersigned counsel indicated that Plaintiff's items were on a pallet and ready to be sent. Undersigned counsel has now learned that the items are in transit, or have already been delivered to Virginia. Undersigned counsel is now unaware of Virginia or Ohio's future plans for Plaintiff.

                                                    Respectfully submitted,

                                                    Theodore E. Rokita
                                                    Indiana Attorney General
                                                    Attorney No. 18857-49

Dated: August 18, 2021                         By:    W. Andrew Kirtley
                                                                  Deputy Attorney General
                                                                  Attorney No. 35027-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.

Indianapolis, IN 46204-2770
Phone: (317) 232-7144
Fax:     (317) 232-7979
Email: Andrew.Kirtley@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on August 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further certify that on August 18, 2021, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid, to the following non CM/ECF participant:

Offender Kevin Johnson
#A787991
SOUTHERN OHIO CORRECTIONAL FACILITY
P.O. Box 45699
Lucasville, OH 45699

W. Andrew Kirtley
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-7144
Fax:     (317) 232-7979
Email: Andrew.Kirtley@atg.in.gov