eBOL ID # 63804410

**STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC**

**TForce Freight (TFF)**
FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid  ☐ Collect  ☒ Third Party Prepaid/Collect

PLEASE PRINT OR TYPE

**TForce Freight**
WEB SITE: www.tforcefreight.com
DATE: 08/11/2021

CUSTOMER SERV: [redacted]

**CONSIGNEE (TO)**
On collect on delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1 of UPGF 102
STREET ADDRESS: [redacted] CANNOT DELIVER TO A P.O. BOX
CITY: [redacted]  STATE: VA  ZIP: [redacted]
P.O. NUMBER: [redacted]  STORE #: [redacted]
CONSIGNEE PHONE #: [redacted]  CONTACT NAME (ATTN): [redacted]

Accessorial Charges: ☐ Liftgate ☐ Inside Delivery ☐ Limited Access ☐ Notification Before Delivery ☐ Residential ☐ Sort & Segregate

☐ **LTL GUARANTEED A.M. SERVICE REQUESTED (if box is checked)**  GRAM
By checking this box, you request TForce Freight to deliver this shipment by 12 PM on the standard day of service and agree to pay all fees associated with this service. Section 7 signature is not valid for this service. This service is subject to the terms and conditions of item 825, UPGF 102 Rules Tariff.

**SHIPPER (FROM)**
WABASH CORRECTIONAL FACILITY
STREET ADDRESS: 6908 S. OLD US HIGHWAY 41
CITY: CARLISLE  STATE: IN  ZIP: 47838
BILL OF LADING NUMBER: [blank]  STORE #: [blank]
SHIPPER PHONE #: [blank]  CONTACT NAME: LEOHR

Accessorial Charges: ☐ Liftgate ☐ Inside Pickup ☐ Limited Access ☐ Protect from Freezing

☐ **LTL GUARANTEED SERVICE REQUESTED (if box is checked)**  GRTD
By checking this box, you request TForce Freight to deliver this shipment on the standard day of service and agree to pay all fees associated with this service. Section 7 signature is not valid on Guaranteed Service. Guaranteed service is subject to the terms and conditions of item 823, UPGF 102 Rules Tariff.

**BILL FREIGHT CHARGES TO (if different than above):**
Name: VA. DEPT. OF CORRECTIONS  Acct. #: [blank]
Mailing Address: 6900 ATMORE DRIVE
CITY: RICHMOND  STATE: VA  ZIP: 23225  Country: US  Area Code: 804  Phone Number: 887-7980

**DESCRIPTION OF ARTICLES, WEIGHT, NMFC & CLASS ARE SUBJECT TO CORRECTION**

| NO. PCS | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 1 | PLT | | CLOTHING, DRY GOODS, LEGAL WORK | 1150 | 000000-00 | 70 |
| | | | *** Shipped as 1 Pallet(s) *** | | | |
| 1 | | | TOTAL CUBE: | 1150 | | |

"Mark with an "X" to designate hazardous materials as defined in title 49 of the Code of Fed. Reg.
Hazardous material emergency contact #

Received $ _____ to be delivered in the prepayment of the charges on the property described hereon. (Agent or Cashier)
REMIT C.O.D. CASH / CHECK TO

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statment. TForce Freight may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignor Signature _____

Special Instructions
DELV: NONE

FEE COLLECT UNLESS OTHERWISE MARKED
**COD FEE**  ☐ PREPAID  ☐ COLLECT
COD SHIPMENTS GOVERNED BY UPGF 102 RULES ITEM 430
**COD AMT $**  0

IF NOT CHECKED, BOTH ARE ACCEPTABLE
☐ CONSIGNEE CHECK ACCEPTABLE
☐ CERTIFIED CHECK OR CASH

TForce Freight LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice value of the commodities or article(s) lost, damaged or destroyed; or (2) the amount determined from applicable limited liability provisions of the NMFC, or (3) the limited liability as stated in the applicable governing tariffs, unless Excess Declared Value Coverage" is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $1.00 per pound per package (and up to a maximum $2.50 per pound per package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF 102 rules tariff item 156 section 5 and for continued use or articles subject to an exception rating (FAK) is also limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. *** Refer to the current tariff UPGF 102 series for complete details.

"Where a "rate" is dependent on a released, declared or actual value in the NMFC, the released, declared or actual value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____ . **Shipper requests Excess Declared Value Coverage in the amount of $ _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request,*** the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown above, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill to or broker exists, carrier holds both the shipper and consignee liable for freight charges.

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|
| | | | 4510 |

TRAILER NUMBER:
SEAL # APPLIED:
BEYOND SCAC:
☐ SHIPPER LOAD / ☐ CONSIGNEE UNLOAD

LINEAR FEET OF SHIPMENT:
CROSS REF PRO#:

*** Now available at www.tforcefreight.com - UPGF 102 Series Rules Tariff - Electronic Bill of Lading

TForce Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to TForce Freight or its agent.

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name: WABASH CORRECTIONAL FACIL  Carrier: TForce Freight  Driver: _____  Ex. A
Signed By: _____  Date received: _____  TForce Freight resp. piece count: _____
OTC-199 (Rev. 05/21)  TForce Freight COPY