2:20-cv-00602-JRS-MJD
1:21-cv-00201-JMS-MG

# NOTICE OF WITHHOLDING: CORRESPONDENCE

**INSTITUTION:** Socf    **DATE:** 9/08/2021

**TO:** Clerk of the US District Court 210 Federal Bldg 121 West Spring St New Albany, IN 47150
SENDER    ADDRESS OR BLOCK

**TO:** Kevin Johnson A-787991    K6-80
RECIPIENT    ADDRESS OR LOCK

**FROM:** Mail Department Supervisor/(Managing Officer's Designee)

**SUBJECT:** Withholding of Correspondence: Legal Mail

FILED
09/16/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Rules 5120-9-17 and 5120-9-18 of the Administrative Code of Ohio permit mail to or from an inmate to be opened and read, and to be withheld when the contents of the mail present a threat to the security of the institution or when the contents violate state or federal law or institutional rules.

The above correspondence has been received at the institution and is being withheld for the reasons that follow:

Stg K9 indicated that illegal substances maybe contained in I/m Johnson's Legal Mail

_____ MAIL DEPARTMENT

You have a right to request a review of this decision. If you wish a review, you must check the box below (Request Review) and send a copy of this form to the Warden within ten (10) days of this notification. Failure to request a review within ten (10) days will constitute acceptance of this decision and the correspondence will be destroyed unless you have checked the box below, requesting the mail be returned to sender.

☐ REQUEST REVIEW OF DECISION

☐ REQUEST MAIL BE RETURNED TO SENDER (At your expense.)

_____ INMATE'S SIGNATURE

**\*SENDER:** If you designate the correspondence returned, please enclose a self-addressed envelope.

WHITE - SENDER    CANARY - RECIPIENT    PINK - DEPT. WARDEN/OPERATIONS    GOLDENROD - MAIL ROOM FILE

DRC4149 (REV8/95)    ACA 4430 through 4438