**Mail and Visiting**
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio  45699-0001

DRC 1453

Southern Ohio
Correctional Facility
14 SEP 2021 PM 5



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 45648   $ 000.51⁰
02 4W
0000346166 SEP. 13 2021.

Office of the Clerk
of the
U.S District Court
210 Federal Building
121 West Spring Street
New Albany, INDIANA 47150

**FILED**

SEP 16 2021

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

47150-364360