UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00201-JMS-MG |
| | ) |
| JOHN PURDUE, et al. | ) |
| | ) |
| Defendants. | ) |

**Order Discussing Notice of Mail Seized and Service on Defendant John Purdue**

**I. Notice of Mail Seized**

Plaintiff Kevin Johnson has filed a notice stating that mail sent to him from the Court has been seized. Dkt. 67. The **clerk shall include** a copy of the docket with Mr. Johnson's copy of this Order. Mr. Johnson may identify any Court order that he has not received and request a copy.

**II. Service on Defendant Purdue**

The Court has attempted to effect service on defendant John Purdue, who has been identified as a mental health provider, including by requesting that counsel for the medical defendants provide a last known address for him. Dkt. 64. Counsel has indicated that prison medical provider Wexford of Indiana, LLC was not able to locate a current or former employee named John Purdue. Given this, Mr. Johnson shall have **through November 3, 2021**, to provide further information regarding the defendant he identifies as John Purdue so that the Court may complete service on the intended defendant. If Mr. Johnson wishes to request additional time or discovery to properly identify this defendant, he may file a motion with the Court. To assist Mr. Johnson, counsel for the State defendants is requested to notify the Court by **October 18, 2021**, whether there was a state employee at Pendleton Correctional Facility named John Purdue during

the times relevant to the complaint. If so, counsel should provide this defendants' last known address and may do so *ex parte*. In the alternative, counsel may obtain this defendants' permission to waive service of a summons.

**IT IS SO ORDERED.**

Date: 10/5/2021

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

KEVIN JOHNSON
A787991
SOUTHERN OHIO CORRECTIONAL FACILITY
P.O. Box 45699
Lucasville, OH 45699

All Electronically Registered Counsel