Case 1:21-cv-00201-JMS-MG Document 71 Filed 10/18/21 Page 1 of 1 PageID #: 335

FILED
10/18/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

In the United States District Court
for the Southern District of Indiana
Indianapolis Division

Kevin Johnson,             Plaintiff,
v.        Case No. 1:21-cv-00201-JMS-MG
John Purdue, et al.,         Defendants.

### NOTICE OF ADDRESS CHANGE

Plaintiff pro se hereby notifies this court and counsels that his address has changed and until further notice all correspondence related to this case should be mailed to him using the below-indicated incarceration number and address:

    Kevin Johnson, No. 1007485
    Nottoway Correctional Center
    2892 Schutt Rd.
    Burkeville, Va. 23922

Respectfully submitted,

_/s/_
Plaintiff pro se

Reply to: Kevin Johnson, No. 1007485
         NCC
         2892 Schutt Rd.
         Burkeville, Va. 23922

### CERTIFICATE

I hereby certify having mailed a true copy of this document by placing it into care of custodial officials for mailing postage prepaid on this 8th day of October 2021 to Clerk, U.S. District Court, 46 E. Ohio St., Indianapolis, IN 46204 and defense counsels.

_/s/_
Plaintiff pro se.