Case 1:21-cv-00201-JMS-MG Document 78 Filed 11/19/21 Page 1 of 3 PageID #: 350

FILED
11/19/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

KEVIN JOHNSON, Plaintiff,

v.   Case No. 1:21-cv-00201-JMS-MG

JOHN PURDUE, et al., Defendant.

NOTICE AND MOTION CONCERNING ORDERS DOCKET NUMBERS 70 AND 72

Plaintiff pro se hereby gives notice to the Court consistent with its October 20 and 22, 2021 orders (Dks #s 70 and 72) and moves to adjust the proceedings accordingly, as follows:

1. Plaintiff does now have access to his property, although he was required to dispose of a substantial amount of his belongings. He also has very limited access to avenues of performing legal research.

2. Plaintiff has only recently been notified for the first time of this court's July 20, 2021 pretrial scheduling order (Dk 54), which he only just received a copy of. This because Indiana officials, agents of defendant Robert Carter, had been accumulating and holding a substantial amount of mail sent to him at Wabash Valley Correctional Facility (WVCF), since his July 12, 2021 transfer out of Indiana, including mail from this court, mail from defense counsels and many others. That mail, which included Dk 54 was only forwarded to him at his present place of confinement during latter October 2021 and only just received on October 20, 2021 in a bulk mailing sent to him from WVCF and was delivered to him by Nottaway Correctional Center (NCC) officials on said date. Based upon only just receiving Dk 54 due to no fault of his own, he has been unable to prepare for and pursue pretrial actions nor meet the

-1-

deadlines therefor as set out in DK 54, including making settlement demands.

3. Plaintiff recently received a copy of the docket statement of this case from the clerk's office and found upon review of filings made since his July 12 transfer that he never received DK 51.

4. Plaintiff has just obtained information concerning the probable identity of the person previously identified as John Purdue, based upon review of the recently delivered voluminous documents received from WVCF that had been withheld. Based upon review of said documents plaintiff believes the correct identity of the person named as John Purdue is Martin D. Perdue.

THEREFORE, this court should order that plaintiff be copied with DK 51, is should amend DK 54 to allow him to participate in activities set out therein that he has been unable to do due to not knowing of or receiving copy of said pretrial scheduling order until October 20, 2021, because defendants were withholding his mail from this court, and this court should accept the identification as timely submitted and substitute Martin D. Perdue in lieu of "John Purdue" as the intended defendant herein and effect service of the Complaint on him.

Respectfully submitted,

_____
Plaintiff pro se

Reply to: Kevin Johnson, No. 1007485
WCC, 2892, Schutt Rd.,
Burkeville, VA 23922

- 2 -

CERTIFICATE

I hereby certify having mailed a true copy of the foregoing Notice and Motion Concerning Orders Dockets Numbers 70 and 72

by placing it into care of custodial officials for mailing postage pre paid on this 15th day of November 2021 to:

Clerk
U.S. District Court
46 E. Ohio st.
Indianapolis, IN 46204

Defense counsels

AUNDREA ELAINE SPEEDE
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7378168
My Commission Expires: September 30. 2022

_____
Signature

Sworn to and signed before me on this 15th day of Nov. 2021.

_____
UM A. Speede
Notary public