UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00201-JMS-MG |
| ) | |
| JOHN PURDUE, *et al*. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, CIEMONE EASTER-ROSE, PHD, HSPP, DAWN INGALLS, DA, GREGG NOLL, DDS, PATRICIA NORTHCUTT, BHS, MARTIN PERDUE, LSW, AND WEXFORD OF INDIANA, LLC, by their attorney ERIKA L. STEUERWALD of KATZ KORIN CUNNINGHAM PC, and for pursuant to Rule 56 of The Federal Rules of Civil Procedure, hereby requests this Court enter judgment as a matter of law in their favor, stating as follows:

1. On January 25, 2021, Plaintiff, Kevin Johnson, filed with this Court his original complaint, alleging that Ciemone Easter-Rose, PhD, HSPP, Desiree Ingalls, DA, Gregg Noll, DDS, Patricia Northcutt, BHS, Martin Perdue, LSW, and Wexford of Indiana, LLC violated his Eighth Amendment rights regarding dental and mental health treatment. [D/N 1].

2. On April 22, 2021, this Court completed a screening of the Plaintiff's original complaint, finding that Plaintiff's allegations against Dr. Noll, D. Ingalls, and Wexford of Indiana, LLC regarding his dental care and faulty dental equipment were sufficient to state Eighth Amendment Claims. [D/N 20].

3. Since the entry of this Court's Screening Order, parties have been able to complete written discovery, review the Plaintiff's medical records and complete an oral deposition with the Plaintiff at his place of incarceration.

4. Based upon all of the evidence obtained thus far, it is clear that the Defendants did not violate Plaintiff's Eighth Amendment rights during his incarceration at the Pendleton Correctional Facility.

5. The Defendants hereby incorporate and adopt, as if fully restated herein, their contemporaneously filed Memorandum of Law and Brief in Support of their Motion.

Respectfully submitted,

KATZ KORIN CUNNINGHAM PC

/s/ Erika L. Steuerwald
Erika L. Steuerwald, Attorney No. 34044-49
Douglass R. Bitner, Attorney No. 34981-49
**KATZ KORIN CUNNINGHAM PC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Fax (317) 464-1111
Email: esteuerwald@kkclegal.com
Email: dbitner@kkclegal.com
*Counsel for Defendants Ciemone Easter-Rose, PhD, HSPP, Dawn Ingalls, DA, Gregg Noll, DDS, Patricia Northcutt, BHS, Martin Perdue, LSW, and Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **June 2, 2022**, a copy of the foregoing **Motion for Summary Judgment** was filed electronically using the Court's electronic filing system (CM/ECF).  Notice of this filing was electronically served via CM/ECF upon the following person(s):

W. Andrew Kirtley
Zachary R. Griffin
**INDIANA ATTORNEY GENERAL'S OFFICE**
Andrew.kirtley@atg.in.gov
Zachary.griffin@atg.in.gov

I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

Kevin Johnson (#1007485)
**NOTTOWAY CORRECTIONAL CENTER**
Inmate Mail/Parcels
2892 Schutt Rd
P.O. Box 488
Burkesville, VA 23922
***PRO SE***

>							*/s/ Erika L. Steuerwald*
>							Erika L. Steuerwald