**FILED**
**11/07/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

To: Clerk, U.S. District Court, 46 E. Ohio St., Indianapolis, IN 46204

From: Kevin Johnson, No. 1007485, Sussex 1 State Prison, 24414 Musselwhite Dr., Waverly, VA 23891

Re: Request for Docket Statements

Date: October 14, 2022

Dear Clerk:

Please provide me copies of the docket statements from my two (2) pro se Civil Actions in this court:

<u>Kevin Johnson v. Robert E. Carter, Jr., et al.</u>
Case No. 2:20-cv-00602-JRS-MJD

& <u>Kevin Johnson v. Martin Purdue, et al.</u>
Case No. 1:21-cv-00201-JMS-MG

Thank you for your time and assistance.