CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

**FILED**

DEC 01 2022

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

( 1:21-cv-201 )
KEVIN JOHNSON
1007485
24414 Musselwhite Dr.
Waverly VA 23891

NIXIE    274    7E 1         0211/25/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 46204199999    2040N329152-00853