FILED
12/05/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

Kevin Johnson,                                    Plaintiff,
v.          Case No.: 1:21-cv-00201-JMS-MG
Martin Purdue, et. al.,                           Defendants.

NOTICE OF MAILING ADDRESS

Plaintiff pro se hereby notifies this court and counsels that until further notice all mailings related to this action should be mailed to him as follows:

VaDOC Central Mail Distribution Center
Kevin Johnson, No. 1007485
3521 Woods Way
State Farm, VA. 23160

Respectfully submitted,

_____
Plaintiff pro se

Reply to: Kevin Johnson, No. 1007485
VaDOC Central Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

CERTIFICATE

I hereby certify having mailed a true copy of the foregoing Notice of Mailing Address by placing it into care of custodial officials for mailing postage prepaid on this 1st day of December 2022 to Clerk, U.S. District Court, 46 E. Ohio St., Indianapolis, IN 46204 and counsels.

Plaintiff pro se