DISTRICT COURT
RTHOUSE
O STREET
NDIANA 46204
BUSINESS

$001.92
02 1P
0000838573   OCT 26 2022
MAILED FROM ZIP CODE 46204

**FILED**

DEC 2 7 2022

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

( 1:21-cv-201 )
KEVIN JOHNSON
1007485
24414 Musselwhite Dr.
Waverly VA 23891

Send all legal correspondence to 3521 Woods Way State Farm, Va 23160

NIXIE   274   50 1           0212/17/22
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 46204199999   2040N351221-00834