UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-00201-JMS-MG |
| MARTIN PURDUE, et al., | ) ) ) |
| Defendants. | ) |

**Order Denying Motions for Summary Judgment Without Prejudice
and Directing Further Proceedings**

Plaintiff Kevin Johnson's claims in this case are that he received inadequate mental health and dental care while he was confined at Wabash Valley Correctional Facility. The defendants have moved for summary judgment and Mr. Johnson has not responded. However, a review of the docket reveals that Mr. Johnson's address had changed and that he previously filed a "notice" indicating, among other things, that he had not received the summary judgment materials from the defendants. Dkt. 115. Mr. Johnson sought no relief in that filing and therefore no relief was ordered. In addition, the defendants did not act on Mr. Johnson's statements that he had not received their summary judgment motions or at least did not advise the Court if they did.

Rule 56(d) of the Federal Rules of Civil Procedure provides that if a nonmovant shows that he cannot present facts to oppose the motion for summary judgment, the Court may "defer considering the motion or deny it." Consistent with that Rule, the defendants' motions for summary judgment, dkt. [94], dkt. [105], are **denied without prejudice.** The defendants shall have **fourteen days** to refile their motions and re-serve them on Mr. Johnson at the address in the Distribution of this Order. Mr. Johnson will have 28 days after service of those motions to respond. In addition, if

the defendants receive notification that the motions were not delivered to Mr. Johnson, they shall notify the Court. Finally, in the future, if Mr. Johnson wishes to request that the Court take some action in this case, he is encouraged to file a Motion rather than a Notice.

**IT IS SO ORDERED.**

Date: 1/19/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

KEVIN JOHNSON
1007485
VA DOC Central Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

All Electronically Registered Counsel