UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-00201-JMS-MG |
| | ) |
| JOHN PURDUE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

NOW COME the Defendants, CIEMONE EASTER-ROSE, PHD, HSPP, DAWN INGALLS, DA, GREGG NOLL, DDS, PATRICIA NORTHCUTT, BHS, MARTIN PERDUE, LSW, AND WEXFORD OF INDIANA, LLC, by their attorney SARAH J. SHORES-SCISNEY of STOLL KEENON OGDEN PLLC, and for pursuant to Rule 56 of The Federal Rules of Civil Procedure, hereby requests this Court enter judgment as a matter of law in their favor, stating as follows:

1. On January 25, 2021, Plaintiff, Kevin Johnson, filed with this Court his original complaint, alleging that Ciemone Easter-Rose, PhD, HSPP, Desiree Ingalls, DA, Gregg Noll, DDS, Patricia Northcutt, BHS, Martin Perdue, LSW, and Wexford of Indiana, LLC violated his Eighth Amendment rights regarding dental and mental health treatment. [D/N 1].

2. On April 22, 2021, this Court completed a screening of the Plaintiff's original complaint, finding that Plaintiff's allegations against Dr. Noll, D. Ingalls, and Wexford of Indiana, LLC regarding his dental care and faulty dental equipment were sufficient to state Eighth Amendment Claims. [D/N 20].

3. Since the entry of this Court's Screening Order, parties have been able to complete written discovery, review the Plaintiff's medical records and complete an oral deposition with the Plaintiff at his place of incarceration.

4. Based upon all of the evidence obtained thus far, it is clear that the Defendants did not violate Plaintiff's Eighth Amendment rights during his incarceration at the Pendleton Correctional Facility.

5. The Defendants hereby incorporate and adopt, as if fully restated herein, their contemporaneously filed Memorandum of Law and Brief in Support of their Motion.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

/s/ Sarah J. Shores-Scisney
Sarah J. Shores-Scisney, Attorney No. 35746-49
Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Sarah.Shores@skofirm.com
Doug.Bitner@skofirm.com
*Counsel for Defendants Ciemone Easter-Rose, PhD, HSPP, Dawn Ingalls, DA, Gregg Noll, DDS, Patricia Northcutt, BHS, Martin Perdue, LSW, and Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **January 19, 2023**, a copy of the foregoing **Motion for Summary Judgment** was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Erica L. Sawyer
**INDIANA ATTORNEY GENERAL'S OFFICE**
Erica.Sawyer@atg.in.gov

I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

Kevin Johnson (#1007485)
**VA DOC CENTRAL MAIL DISTRIBUTION CENTER**
Inmate Mail/Parcels
3521 Woods Way
State Farm, VA 23160
***PRO SE***

*/s/ Sarah J. Shores-Scisney*
Sarah J. Shores-Scisney