**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **KEVIN JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO. 1:21-cv-201-JMS-MG** |
| | ) |
| **JOHN PURDUE,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

State Defendants Robert Carter, Jr. and Dushan Zatecky, by counsel, Erica Sawyer, Deputy Attorney General, submit this motion for summary judgment and request that summary judgment be granted in their favor under Federal Rule of Civil Procedure 56. In support, defendants state as follows:

1. The Court permitted an Eighth Amendment deliberate indifference claim to proceed.

2. The deposition, affidavits, and designated evidence demonstrate that defendants did not violate Plaintiff's Constitutional rights. Defendants are entitled to judgment as a matter of law on Plaintiff's claims against them.

3. A memorandum in support is filed with this motion.

4. Defendants designate the following evidence in support of this motion:

    a. The deposition of Kevin Johnson, Exhibit A;

    b. The Declaration of Robert Carter, Jr., Exhibit B;

    c. The Declaration of Dushan Zatecky, Exhibit C;

    d. Johnson's grievance records, Exhibit D.

**WHEREFORE,** Defendants request that the Court enter summary judgment in their favor.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Atty. No. 18857-49

Date: <u>January 31, 2023</u>     By:     Erica L. Sawyer
Deputy Attorney General
Attorney No. 35243-49

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to all counsel of record.  I further certify that on January 31, 2023, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non CM/ECF participants:

Kevin Johnson
DOC 1007485
Va DOC Central Mail Distribution Center
3521 Woods Way
State Farm, VA 23160
*Pro Se*

Erica L. Sawyer
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6286
Fax: (317) 232-7979
Email: Erica.Sawyer@atg.in.gov