IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**07/10/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

KEVIN JOHNSON,
plaintiff
v.   Case no. 1:21-cv-00201-JMS-MG
MARTIN PURDUE., et al.,
defendants.

CERTIFICATE OF SERVICE

I hereby certify having served the attached MOTION FOR CONTEMPT AND COURT INTERVENTION and REQUEST AND MOTION FOR EMERGENCY HEARING and MOTION TO VACATE ORDER AND JUDGMENT GRANTING DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND DISMISSING THIS ACTION electronically on the court and counsels; and by snail mail on the alleged contemnors on or before July 10, 2023.

Signature
_____
Kevin Johnson