Case 1:21-cv-00201-JMS-MG  Document 134  Filed 07/17/23  Page 1 of 2 PageID #: 1424

**FILED**
**07/17/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KEVIN JOHNSON,
plaintiff,
v.  Case no. 1:21-cv-00201-JMS-MG
MARTIN PURDUE., et al.,
defendants.

MOTION TO VACATE ORDER AND JUDGMENT GRANTING DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND DISMISSING THIS ACTION

Plaintiff pro se hereby moves this Court to vacate as void it's June 22, 2023 ruling and judgment granting defendants' summary judgment motions and dismissing this action because:

1. On June 22, 2023 this court ruled and entered a final judgment granting defendants' summary judgment motions and dismissing plaintiff's action finding that plaintiff never replied to those summary judgment motions and he didn't submit any motions indicating any inability to reply to said motions.

2. Plaintiff submits that he never received defendants' summary judgment motions, this is why he did not respond to them nor submit any motions indicating inability to respond. Plaintiff did receive a prior order from the court conditionally denying previous summary judgment motions submitted by defendants based upon plaintiff's not receiving those prior filings. In that order the court directed defendants to refile those prior summary judgment motions. However, plaintiff did not receive any such refiled motions from defendants, which is why he never replied to them and didn't submit any motions indicating his inability to respond.

3. Plaintiff submits that he has been met with repeated obstacles to pursuing this and other court actions since returning to the Virginia Department of Corrections (VDOC) in 2021, including the VDOC's not delivering mail sent to him from numerous courts and defense counsels in his active cases, and/or delivering such mail to him weeks to months after it has been mailed to him. In most of those cases he never received notice from the VDOC that mailings were not delivered to him nor the reasons for the denied or delayed deliveries. This has occurred numerous times with mail related to this very case. This court can take judicial notice in this instant case and its sister proceeding, case #2:20-cv-602-MPB-MJD, of the many mailings sent to plaintiff by this court having been returned by the VDOC as undeliverable to plaintiff without prior notice or explanation to plaintiff that such mail was not delivered to him or why.

4. Other obstructions by VDOC officials to his ability to litigate this action, which are ongoing, include denials of his access to and use of law libraries at VDOC facilities where he has been housed, denying him the ability to perform basic legal research; and the taking and denial of

access to all of his personal legal property which includes his records of this case, his work product materials, his evidence, stationery, and all other materials relevant to this action. Indeed he has now been denied all of his legal property since June 30, 2023, which is a recurring problem. Plaintiff has now been forced to submit this instant motion and others filed herewith through outside persons electronically filing them because of the present denial of access to all of his property and stationery - see his MOTION FOR CONTEMPT PROCEEDINGS AND COURT INTERVENTION submitted herewith and incorporated by reference.

Plaintiff swears to the truth of the foregoing facts under penalty of perjury.

ARGUMENT

Summary judgment motions are dispositive motions that opposing parties must be afforded a full and fair opportunity to review and respond to. Under the due process clause of the 5th Amendment a civil cause of action is a property interest that cannot be dismissed without plaintiff's notice and opportunity for a hearing appropriate to the nature of the case. Logan v. Zimmerman Brush Co., 455 U.S. 422 (1982). The grant of summary judgment against plaintiff when he never received the summary judgment motions and was thus prevented from responding to them was a denial of the basic due process right to notice and the opportunity to be heard. The dismissal judgment entered without due process is void and must be vacated. Where a judgment is void relief is mandatory not discretionary. (1)

THEREFORE this court should vacate its June 22, 2023 ruling and judgment granting the defendants' summary judgment motions and dismissing this action and it should reinstate this case to the court's active docket and adjust the proceedings and grant plaintiff such further relief as it finds fair and just

Respectfully submitted,

Kevin Johnson

_____
Signature

Reply to:
Kevin Johnson, No. 1007485
VDOC Central Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

_____
1. Because of being denied access to his legal property and legal research avenues as set out in paragraph 4 above, plaintiff is unable to fully brief this motion and cite authorities in support of his arguments.