IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

KEVIN JOHNSON                                         Plaintiff,

v.   Case No. 1:21-cv-00201-JMS-MG

MARTIN PURDUE, et al.,                                Defendants.

## NOTICE OF APPEAL

Plaintiff pro se hereby notes his appeal to the United States Appeals Court for the Seventh Circuit from the final ruling and judgment dismissing this action on June 22, 2023 and all rulings unfavorable to plaintiff herein.

Respectfully submitted,

/s/ _____
Plaintiff pro se

Reply to: Kevin Johnson No. 1007485
VADOC Central Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

## CERTIFICATE

I hereby certify having mailed this document by placing it into care of custodial officials for mailing postage prepaid on this 21st day of July 2023 to: Clerk, U.S. District Court, 46 E. Ohio St., Indianapolis, IN 46204 and counsels.

/s/ _____
Plaintiff pro se