UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-00201-JMS-MG |
| JOHN PURDUE, *et al.* | ) ) ) |
| Defendants. | ) ) |

**MEDICAL DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE JUDGMENT**

NOW COME the Medical Defendants, CIEMONE EASTER-ROSE, PHD, HSPP, DAWN INGALLS, DA, GREGG NOLL, DDS, PATRICIA NORTHCUTT, BHS, MARTIN PERDUE, LSW, AND WEXFORD OF INDIANA, LLC, by their attorney SARAH J. SHORES-SCISNEY of STOLL KEENON OGDEN PLLC, and for their Response in Opposition to Plaintiffs Motion to Vacate Judgment, state the following:

**I.     PROCEDURAL HISTORY**

On June 2, 2022, Medical Defendants filed their Motion for Summary Judgment, serving a copy to Plaintiff's last known address. [D/N 105]. The Motion for Summary Judgment was not returned to Medical Defendants as undeliverable. Plaintiff filed a Notice of Change of Address on October 17, 2022. [D/N 114]. On October 24, 2022, Plaintiff filed a Notice to the Court, stating that he had not received a copy of Medical Defendants' Motion for Summary Judgment. [D/N 115]. Medical Defendants did not send Plaintiff another copy of their Motion for Summary Judgment. As such, on January 19, 2023, this Court denied Medical Defendants' Motion for Summary Judgment without prejudice, granting them leave to re-file the Motion by February 2,

2023, and granting Plaintiff 28 days from the date of service to respond. [D/N 121]. Plaintiff admits that he received this Order. [D/N 134 at ¶ 2]. Medical Defendants re-filed their Motion for Summary Judgment on January 19, 2023, and served it on that date to the address in the Distribution list of the Court's Order. [D/N 121, 122]. The Motion for Summary Judgment was not returned to Medical Defendants as undeliverable. Plaintiff did not respond to Medical Defendants' Motion for Summary Judgment, nor did he submit any other filings to the Court, or send any correspondence to undersigned counsel. On June 22, 2023, this Court granted Medical Defendants' Motion for Summary Judgment. [D/N 129]. On July 10, 2022, within 18 days of the Court's Order on the Motions for Summary Judgment, Plaintiff filed his Motion for Contempt Proceedings and Court Intervention (D/N 132), as well as his Motion to Vacate Order and Judgment Granting Defendants' Summary Judgment Motions and Dismissing this Action (D/N 134).

## II.  ARGUMENT

This Court should deny Plaintiff's Motion to Vacate Order and Judgment. First, Plaintiff has demonstrated his ability to promptly receive mail at his current institution, as evidenced by his admission that he received two Court orders, and has also demonstrated his ability to send mail, as evidenced by his ability to file his Notice of Change of Address and his most recent Motions. It seems questionable that certain legal mail gets through to him, just not Defendants' Motions for Summary Judgment. Additionally, while Plaintiff alleges that he has been denied all of his legal property since June 30, 2022, this case was already closed by then, so that would not have affected his ability to litigate this case.

Second, Plaintiff was aware of Defendants' deadline to re-file their Motions for Summary Judgment, yet did not reach out to the Court, nor defense counsel, when that deadline came and

went without receiving them. Notably, he has not made any filing nor taken any action since notifying the Court of his new address in October 2022 and alleging that he had not received Defendants' originally filed Motions for Summary Judgment.

Finally, Medical Defendants would be prejudiced if Plaintiff were granted a third opportunity to respond. Medical Defendants have complied with this Court's Orders and have now served Plaintiff two copies of their Motion for Summary Judgment at two separate facilities. This case was filed in January of 2021, and remained pending against Defendants for over 2 years. If this case were reopened now and summary judgment briefing resumed, it would likely be another two years before a trial was held, should this case survive summary judgment based on Plaintiff's Response. Defendants should not be subjected to further litigation and further threat to their professional licenses due to Plaintiff's repeated failure to litigate his case.

WHEREFORE, the Defendants, Ciemone Easter-Rose, PhD, HSPP, Dawn Ingalls, DA, Gregg Noll, DDS, Patricia Northcutt, BHS, Martin Perdue, LSW, and Wexford of Indiana, LLC, respectfully request that this Court deny Plaintiff's Motion to Vacate Order and Judgment.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Sarah J. Shores-Scisney*
Sarah J. Shores-Scisney, Attorney No. 35746-49
Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Sarah.Shores@skofirm.com
Doug.Bitner@skofirm.com
*Counsel for Medical Defendants*

## CERTIFICATE OF SERVICE

I certify that on **July 31, 2023**, a copy of the foregoing *Response in Opposition to Plaintiff's Motion to Vacate* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

>Erica L. Sawyer
>**INDIANA ATTORNEY GENERAL'S OFFICE**
>Erica.Sawyer@atg.in.gov

I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

>Kevin Johnson (#1007485)
>**VA DOC CENTRAL MAIL DISTRIBUTION CENTER**
>Inmate Mail/Parcels
>3521 Woods Way
>State Farm, VA 23160
>***PRO SE***

>>*/s/Sarah J. Shores-Scisney*
>>Sarah J. Shores-Scisney